IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN D. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv320-MHT |
| | ) | (WO) |
| ADRIANNA WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JUSTIN D. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv386-MHT |
| | ) | (WO) |
| CHRISTOPHER GORDY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 49 (2:21cv320-MHT)) is adopted, with the correction noted in the opinion entered today.

(2) Defendants' motion for summary judgment (Doc. 31 (2:21cv320-MHT)) is granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaints.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 30th day of August, 2024.

                              /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**